JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WHEELER,<br>   Plaintiff,<br>v.<br>ANDREW SAUL,<br>   Commissioner of Social Security,<br>   Defendant. | Case No. 8:20-cv-0167-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

Date: March 8, 2021

HON. STEVE KIM
U.S. MAGISTRATE JUDGE